**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.reuters.com/world/us/deadly-blizzard-deemed-worst-45-years-paralyzes-greater-buffalo-ny-2022-12-26/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.reuters.com/world/us/deadly-blizzard-deemed-worst-45-years-paralyzes-greater-buffalo-ny-2022-12-26/



**EXHIBIT 2:** INFRINGEMENT #3

URL: https://www.reuters.com/world/us/deadly-blizzard-deemed-worst-45-years-paralyzes-greater-buffalo-ny-2022-12-26/



**EXHIBIT 2:** INFRINGEMENT #4

URL: https://www.reuters.com/world/us/deadly-blizzard-deemed-worst-45-years-paralyzes-greater-buffalo-ny-2022-12-26/



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://www.reuters.com/world/us/deadly-blizzard-deemed-worst-45-years-paralyzes-greater-buffalo-ny-2022-12-26/



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.reuters.com/video/watch/idOV891926122022RP1



**EXHIBIT 2:** INFRINGEMENT #7
URL: https://www.reuters.com/video/watch/idOV891926122022RP1



**EXHIBIT 2:** INFRINGEMENT #8
URL: https://www.reuters.com/video/watch/idOV891926122022RP1



**EXHIBIT 2:** INFRINGEMENT #9
URL: https://www.reuters.com/video/watch/idOV891926122022RP1



**EXHIBIT 2:** INFRINGEMENT #10
URL: https://www.reuters.com/video/watch/idOV891926122022RP1



**EXHIBIT 2:** INFRINGEMENT #11

URL:

https://www.reutersconnect.com/all?id=tag%3Areuters.com%2C2022%3Anewsml_VA889026122022RP1%3A1&search=all%3Atraffic%20chaos%20as%20historic%20snowfall%20blankets%20new%20york



**EXHIBIT 2:** INFRINGEMENT #12

URL:
https://www.reutersconnect.com/all?id=tag%3Areuters.com%2C2022%3Anewsml_VA889026122022RP1%3A1&search=all%3Atraffic%20chaos%20as%20historic%20snowfall%20blankets%20new%20york



**EXHIBIT 2:** INFRINGEMENT #13

URL:
https://www.reutersconnect.com/all?id=tag%3Areuters.com%2C2022%3Anewsml_VA889026122022RP1%3A1&search=all%3Atraffic%20chaos%20as%20historic%20snowfall%20blankets%20new%20york



**EXHIBIT 2:** INFRINGEMENT #14

URL:
https://www.reutersconnect.com/all?id=tag%3Areuters.com%2C2022%3Anewsml_VA889026122022RP1%3A1&search=all%3Atraffic%20chaos%20as%20historic%20snowfall%20blankets%20new%20york



**EXHIBIT 2:** INFRINGEMENT #15

URL:
https://www.reutersconnect.com/all?id=tag%3Areuters.com%2C2022%3Anewsml_VA889026122022RP1%3A1&search=all%3Atraffic%20chaos%20as%20historic%20snowfall%20blankets%20new%20york



**EXHIBIT 2:** INFRINGEMENT #16

URL:

https://www.reutersconnect.com/detail?id=tag%3Areuters.com%2C2022%3Anewsml_OWLTACB3GZZ0D2M
MKUN13UOB1NLVOF9%3A220635665



**EXHIBIT 2:** INFRINGEMENT #17

URL:

https://www.reutersconnect.com/detail?id=tag%3Areuters.com%2C2022%3Anewsml_OWLTACB3GZZ0D2M
MKUN13UOB1NLVOF9%3A220635665



**EXHIBIT 2:** INFRINGEMENT #18

URL:

https://www.reutersconnect.com/detail?id=tag%3Areuters.com%2C2022%3Anewsml_OWLTACB3GZZ0D2M
MKUN13UOB1NLVOF9%3A220635665



**EXHIBIT 2:** INFRINGEMENT #19
URL:
https://www.reutersconnect.com/detail?id=tag%3Areuters.com%2C2022%3Anewsml_OWLTACB3GZZ0D2M
MKUN13UOB1NLVOF9%3A220635665

