

*The request for an adjournment is GRANTED. The conference is adjourned to 11 AM ET on September 23, 2024. Until then, the parties should continue to try to narrow the issues in dispute.*

*The Clerk of Court is directed to terminate the motion at Dkt. 40.*
*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Dated: September 19, 2024*

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy A. Chase**
(212) 603-6495 tel
(212) 489-8340 fax

jeremychase@dwt.com

September 18, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:** ***Global Weather Productions, LLC v. Reuters News & Media, Inc. and Thomson Reuters US LLC*, No. 1:24-cv-00507-AS**

Dear Judge Subramanian:

    We represent Defendants Reuters News & Media, Inc. and Thomson Reuters U.S. LLC in the above-referenced action.  Pursuant to Paragraph 3(E) of Your Honor's Individual Practices, we respectfully request a brief adjournment of the remote discovery conference scheduled for September 23, 2024, at 4 pm ET.  ECF No. 39.

    The undersigned has preexisting travel plans in London through next week, and due to the time zone difference, is unavailable at the scheduled hour.  Counsel for both parties are available between 10 am and 12:30 pm ET on either September 23 or September 24.  We respectfully request that the conference be rescheduled within that timeframe on those days or on another day the following week convenient to the Court.

    Plaintiff consents to this request.  There have been no previous requests for adjournment of this conference.  This request does not affect the existing deadline for Defendants to file their responsive discovery letter by September 20 or any other deadline.

    We thank the Court for its attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Jeremy A. Chase*

Jeremy A. Chase

DWT.COM

4874-3964-4902v.2 0103142-000041