UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GLOBAL WEATHER PRODUCTIONS LLC,

                Plaintiff,

       - against -

REUTERS NEWS & MEDIA, INC., and
THOMSON REUTERS US LLC,

                Defendants.
------------------------------------------------------------x

Case No. 24-cv-507 (AS)

ORAL ARGUMENT REQUESTED

## DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND PRECLUSION SANCTIONS

PLEASE TAKE NOTICE that Defendants Reuters News & Media Inc. ("RNMI") and Thomson Reuters U.S. LLC ("TRUSL") (collectively, "Defendants") will move this Court, before the Honorable Arun Subramanian, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, on such date and time as the Court sets, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting to Defendants partial summary judgment (1) dismissing or limiting Plaintiff's actual damages claim, (2) limiting Plaintiff's statutory damages claim, and (3) dismissing TRUSL from this case with prejudice, and (4) for such other and further relief as the Court deems just and proper.  Defendants will also move this Court for an order pursuant to Rule 37(c)(1) precluding Plaintiff's actual damages evidence as a sanction for Plaintiff's failure to disclose a computation of damages as required by Rule 26(a)(1)(A)(iii).  In support of these motions, Defendants rely upon the accompanying (1) Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment and Preclusion Sanctions, (2) Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, (3) Declaration of Jeremy A. Chase

and the exhibits annexed thereto, and (4) Declaration of Christopher Lee.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling Order issued by the Court on September 11, 2024 (Dkt. No. 34): (i) answering papers, if any, are to be served on or before January 17, 2025; and (ii) reply papers, if any, are to be served on or before January 24, 2025.  Any oral argument will occur on a date and at a time designated by the Court.

Dated: January 3, 2025
      New York, New York

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    By: */s/ Jeremy A. Chase*
        Jeremy A. Chase
        Katherine M. Bolger
        Raphael Holoszyc-Pimentel

    1251 Avenue of the Americas, 21st Floor
    New York, NY  10020-1104
    (212) 489-8230 Phone
    (212) 489-8340 Fax
    jeremychase@dwt.com
    katebolger@dwt.com
    rhp@dwt.com

    *Attorneys for Defendants Reuters News & Media Inc. and Thomson Reuters U.S. LLC*