UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS NEWS & MEDIA, INC.,<br>THOMSON REUTERS US LLC,<br><br>Defendants. | Case No. 1:24-cv-00507-AS<br>[rel. 24-cv-7828 (AS)] |

### PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, together with any and all further documents and/or declarations submitted in connection therewith, the plaintiff, Global Weather Productions LLC ("*Plaintiff*"), hereby moves this Court, on a date and time to be set by the Court, before the Honorable Arun Subramanian, United States District Judge at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 15A, New York, NY for an Order granting Plaintiff's Motion for Summary Judgment on the issue of liability pursuant to Fed. R. Civ. P. 56 as against the defendants Reuters News & Media, Inc. and Thomson Reuters US LLC ("*Defendants*"), and for such other and further relief as the Court deems proper.

In support hereof, Plaintiff relies upon the Memorandum of Law filed concurrently herewith; the declaration of Michael Brandon Clement and exhibits attached thereto; the declaration of Renee J. Aragona, Esq. and exhibits attached thereto, the Statement of Undisputed Material Facts pursuant to Local Rule 56.1, and on all pleadings and prior proceedings had herein.

**PLEASE TAKE FURTHER NOTICE** that, as per Docket No. 34, Defendants' opposition papers, if any, must be served by January 17, 2025.

Dated: January 3, 2025

    Respectfully submitted,

    **SANDERS LAW GROUP**

    By: <u>/s/ Renee J. Aragona</u>
    Renee J. Aragona, Esq.
    Craig B. Sanders, Esq.
    333 Earle Ovington Blvd, Suite 402
    Uniondale, NY
    Tel: (516) 203-7600
    Email: raragona@sanderslaw.group
    Email: csanders@sanderslaw.group
    *Attorneys for Plaintiff*