UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
GLOBAL WEATHER PRODUCTIONS LLC, :
:
                        Plaintiff, :   Case No. 24-cv-507 (AS)
:
                 - against - :
:
REUTERS NEWS & MEDIA, INC., and :
THOMSON REUTERS US LLC, :
:
                        Defendants. :
------------------------------------------------------------------------x

### DEFENDANTS' COUNTERSTATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Civil Rules for the United States District Court for the Southern District of New York, Defendants Reuters News & Media Inc. ("RNMI," referenced by Plaintiff herein as "RNM") and Thomson Reuters U.S. LLC ("TRUSL," referenced by Plaintiff herein as "TR") (collectively, "Defendants") respectfully submit this counterstatement of material facts in response to Plaintiff's Rule 56.1 statement (Dkt. No. 63).

**Plaintiff**

    1.    Michael Brandon Clement ("*Clement*") is the sole founding and managing member of the plaintiff Global Weather Productions LLC ("*Plaintiff*" or "*GWP*"). *Declaration of Michael Brandon Clement* ("*Clement Dec.*") at ¶ 1.

    **RESPONSE:** Admitted.

    2.    Clement is an Emmy award winning independent video journalist, aerial cinematographer, and documentarian who specializes in capturing natural disasters and weather storms. *Clement Dec.* at ¶ 4.

**RESPONSE:** Denied as to "independent." Clement is kept on retainer for clients including ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. Chase Decl. Ex.[1] 48 (Clement Dep.) at 60:14–64:16.

3. Clement documents severe weather events of high public and media interest, which often requires him to place his personal safety at risk during a severe storm in order to capture and deliver high quality, exclusive footage to his media clients. *Id.*

**RESPONSE:** Denied as to "high public and media interest." Plaintiff produced documents showing that Clement or his agents licensed the Videos at issue to three (3) customers in total. Chase Decl. Ex. 21 (PLA000542); Ex. 22 (PLA000543); Ex. 23 (PLA000539–541). Aside from one customer's "day rate" which included all footage shot that day, only one of the seven Videos at issue was licensed to the other two customers, for ▆▆ apiece (of which ▆▆ each constituted Clement's share). Chase Decl. Ex. 21 (PLA000542); Ex. 22 (PLA000543); Ex. 23 (PLA000539–540); Ex. 48 (Clement Dep.) at 44:8–23, 49:5–15; Ex. 49 (Adair Dep.) at 36:2–38:8. Additionally, denied as to "exclusive." The produced licenses show that at least three videographers (including Clement) shot footage of the November 2022 snowstorm in Western New York, and the licenses were non-exclusive. Chase Decl. Ex. 21 (PLA000542); Ex. 22 (PLA000543); Ex. 23 (PLA000539–541); Ex. 48 (Clement Dep.) at 48:6–14, 233:19–23; Ex. 49 (Adair Dep.) at 32:23–34:5, 36:12–37:4.

4. The copyrights in the content Clement creates are assigned by him to GWP. *Clement Dec.*, at ¶ 5.

**RESPONSE:** Admitted.

---

[1] Citations to "Chase Decl. Ex. __" are to exhibits annexed to the Declaration of Jeremy A. Chase, filed publicly at Dkt. No. 61 with certain exhibits under seal at Dkt. No. 57.

5. GWP relies on its ability to control the licensure, use and display of the copyrighted content it owns in general, and of the Videos at issue in this case specifically, to stay in business and maintain its operations. *Clement Dec.*, at ¶ 45.

**RESPONSE:** Denied. Plaintiff GWP does not engage in any licensing of the use or display of the Videos or any copyrighted content. Chase Decl. Ex. 48 (Clement Dep.) at 129:11–130:15, 133:4–22. Plaintiff GWP does not maintain any business or operations; it exists solely to hold copyrights and to threaten or file copyright infringement lawsuits. *Id.* at 118:19–119:18, 129:3–10, 142:12–143:24. Plaintiff GWP's only revenue is from settlements of such lawsuits. *Id.* at 129:3–10, 142:12–143:24. Any revenue from the licensing of Plaintiff GWP's copyrighted content is paid to non-party WxChasing LLC. *Id.* at 129:14–130:15.

**Defendants**

6. Defendants admit RNM is a Delaware corporation with a principal place of business at 3 Times Square, New York, New York. See Defendants' Answer to the Amended Complaint ("*Answer*"), *Dkt. No.* 30., at ¶ 8.

**RESPONSE:** Admitted but immaterial.

7. Defendants admit TR is a Delaware limited liability company. *Answer, Dkt. No.* 30., at ¶ 9.

**RESPONSE:** Admitted but immaterial.

8. Defendants admit RNM and/or its affiliates operate a website at www.reuters.com ("*Website 1*"). *Answer*, *Dkt. No.* 30., at ¶ 3.

**RESPONSE:** Admitted.

9. Defendants admit that Website 1 contain [sic] paid advertisements. *Answer*, *Dkt. No.* 30., at ¶ 35.

3

**RESPONSE:** Admitted that parts of reuters.com contain paid advertisements, but denied as to the entirety of reuters.com. Answer ¶ 35, Dkt. No. 30.

10.  Defendants admit TR and/or its affiliates operate a website at www.reutersconnect.com ("*Website 2*"). *Answer*, *Dkt. No.* 30., at ¶ 4.

**RESPONSE:** Admitted as to the affiliate RNMI, but denied that TRUSL operates reutersconnect.com. Lee Decl.[2] ¶ 6 ("TRUSL does not operate the reutersconnect.com website or the Reuters Connect platform."); Chase Decl. Ex. 45 (Flatley Dep.) at 19:15–17 ("Q. Does Reuters News & Media operate reutersconnect.com?  A. Yes.").

11.  Defendants admit Website 2 provides a subscription service for companies to access news coverage. *Answer*, *Dkt. No.* 30., at ¶ 37.

**RESPONSE:** Admitted.

12.  Defendants admit content by Defendants, their affiliates, or third parties is available on reutersconnect.com. *Answer*, *Dkt. No.* 30., at ¶ 38.

**RESPONSE:** Admitted.

13.  Defendants admit RNM contributes to content on Website 1. *Answer*, *Dkt. No.* 30., at ¶ 52.

**RESPONSE:** Admitted.

**Video 1**

14.  On November 18, 2022, Clement authored and published a video titled "11-18-22 Orchard Park, NY-Orchard Park maze of mayhem.mp4" ("*Video 1*"). *Clement Dec.*, at ¶ 13, Ex. 1; see also *Dkt. No*. 29-1.

**RESPONSE:** Admitted.

---

[2] Citations to "Lee Decl." are to the Declaration of Christopher Lee, Dkt. No. 60.

15. Video 1 was published by distributing it to Clement's non-exclusive licensing agency at the time, Live Storms Media ("LSM"), for licensing to his media clients. With Clement's consent, LSM also published Video 1 on November 18, 2022 on its YouTube account which is publicly available at URL: https://www.youtube.com/watch?v=EZn7yhYkrhM. *Clement Dec.*, at ¶ 15.

**RESPONSE:** Admitted.

16. Video 1 was registered by the United States Copyright Office ("USCO") on February 8, 2023, under Registration No. PA 2-401-320. *Clement Dec.*, at ¶ 16, Ex. 3.

**RESPONSE:** Admitted.

**Video 2**

17. On November 18, 2022, Clement authored and published a video titled "11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded in feet of snow.mp4" ("*Video 2*"). *Clement Dec.*, at ¶ 17, Ex. 4; see also *Dkt. No*. 29-1.

**RESPONSE:** Admitted.

18. Video 2 was published by distributing it to LSM for licensing. With Clement's consent, LSM also published Video 2 on November 18, 2022 on its YouTube account which is publicly available at URL: https://www.youtube.com/watch?v=9fvAn20ndDk. *Clement Dec.*, at ¶ 19.

**RESPONSE:** Admitted.

19. Video 2 was registered by the USCO on February 8, 2023, under Registration No. PA 2-401-312. *Clement Dec.*, at ¶ 20, Ex. 6.

**RESPONSE:** Admitted.

**Video 3**

20.     On November 18, 2022, Clement authored and published a video titled "11-18-2022 Orchard Park, NY Record snow leaves stranded vehicles everywhere.mp4" ("*Video 3*"). *Clement Dec.*, at ¶ 21, Ex. 7; see also *Dkt. No*. 29-1.

**RESPONSE:** Admitted.

21.     Video 3 was also published by distributing it to LSM for licensing. With Clement's consent, LSM also published Video 3 on November 19, 2022 on its YouTube account which is publicly available at URL: https://www.youtube.com/watch?v=34199SVLFBY&lc-=UgxLFAG2RFJEfz7Mr414AaABAg. *Clement Dec.*, at ¶ 23.

**RESPONSE:** Admitted.

22.     Video 3 was registered by the USCO on March 14, 2023, under Registration No. PA 2-401-404. *Clement Dec.*, at ¶ 24, Ex. 9.

**RESPONSE:** Admitted.

**Video 4**

23.     On November 18, 2022, Clement authored and published a video titled "11-18-22 Hamburg, NY-Drivers stuck, travelers stranded in four feet of snow SOTs.mp4" ("*Video 4*"). *Clement Dec.*, at ¶ 25, Ex. 10; see also *Dkt. No*. 29-1.

**RESPONSE:** Admitted.

24.     Video 4 was also published by distributing it to LSM for licensing. With Clement's consent, LSM also published Video 4 on November 18, 2022 on its YouTube account which is publicly available at URL: https://www.youtube.com/watch?v=Es5mZfeiA4Q. *Clement Dec.*, at ¶ 27.

**RESPONSE:** Admitted.

6

25. Video 4 was registered by the USCO on January 31, 2023, under Registration No. PA 2-397-898. *Clement Dec.*, at ¶ 28, Ex. 12.

**RESPONSE:** Admitted.

**Video 5**

26. On November 18, 2022, Clement authored and published a video titled "11-18-22 Lackawanna, NY-Firefighters shoveling to save patient, cars stuck, interstate closed.mp4" ("*Video 5*"). *Clement Dec.*, at ¶ 29, Ex. 13; see also *Dkt. No*. 29-1.

**RESPONSE:** Admitted.

27. Video 5 was also published by distributing it to LSM for licensing. With Clement's consent, LSM also published Video 5 on November 18, 2022 on its YouTube account which is publicly available at URL: https://www.youtube.com/watch?v=Xtr5hu9Bu7M. *Clement Dec.*, at ¶ 31.

**RESPONSE:** Admitted.

28. Video 5 was registered by the USCO on January 30, 2023, under Registration No. PA 2-397-322. *Clement Dec.*, at ¶ 32, Ex. 15.

**RESPONSE:** Admitted.

**Video 6**

29. On November 19, 2022, Clement authored and published a video titled "11-19-22 New York Lake Effect Snow.mp4" ("*Video 6*"). *Clement Dec.*, at ¶ 33, Ex. 16; see also *Dkt. No*. 29-1.

**RESPONSE:** Admitted.

30. Video 6 was also published by distributing it to LSM for licensing. *Clement Dec.*, at ¶ 35.

7

**RESPONSE:** Denied. An approximately three-minute portion of Video 6 was published by LSM at the following URL, but the full, approximately eleven-minute Video was not published. *Compare* https://www.youtube.com/watch?v=T3qRtgNaM5o *with* Clement Decl. Ex. 17.

31. Video 6 was registered by the USCO on February 8, 2023, under Registration No. PA 2-401-314. *Clement Dec.*, at ¶ 36, Ex. 18.

**RESPONSE:** Admitted.

**Video 7**

32. On November 18, 2022, Clement authored and published a video titled "11-18-22 Orchard Park, NY-Entire city paralyzed from record snow.mp4" ("*Video 7*"). *Clement Dec.*, at ¶ 37, Ex. 19; see also *Dkt. No*. 29-1.

**RESPONSE:** Admitted.

33. Video 7 was also published by distributing it to LSM for licensing. With Clement's consent, LSM also published Video 7 on November 18, 2022 on its YouTube account which is publicly available at URL: https://www.youtube.com/watch?v=k6d3aVbgJQ0. *Clement Dec.*, at ¶ 39.

**RESPONSE:** Admitted.

34. Video 7 was registered by the USCO on February 8, 2023, under Registration No. PA 2-401-477. *Clement Dec.*, at ¶ 36, Ex. 21 (Videos 1-7, when referred to herein collectively, are referred to throughout as the "*Videos*").

**RESPONSE:** Admitted.

35. For each of Videos 1-7, Clement selected the subject matter, timing, lighting, angle, perspective, depth, lens, and camera equipment used to capture the Videos. *Clement Dec.*, at ¶ 42.

**RESPONSE:** Denied as to "lighting." The Videos depict natural lighting, not lighting created or selected by Clement. Clement Decl. Exs. 1–2, 4–5, 7–8, 10–11, 13–14, 16–17, 19–20.

36. The Videos were created to document the newsworthy lake effect and record-breaking snowstorm in Buffalo, New York, for commercial licensing purposes. *Clement Dec.*, at ¶ 43.

**RESPONSE:** Admitted.

37. On June 4, 2023, by written assignment, Clement assigned all of his rights in and to the Videos to GWP, including all causes of action accruing or occurring before or during the term of this Agreement and the right to receive and retain any proceeds related thereto. *Clement Dec.*, at ¶ 44, Ex. 22.

**RESPONSE:** Admitted.

38. Scott Dill, formerly employed by Reuters as a news producer and video editor, produced the video edit entitled "Traffic chaos as historic snowfall blankets New York." See *Defendants' Responses to Plaintiff's Second Set of Interrogatories* ("*Def. Resp. to Second RFI*") No. 21 (*annexed to the accompanying Declaration of Renee J. Aragona* ("*Aragona Dec.*") *as Exhibit 4*); see also *Def. Prod. Bates No. REUTERS000019*, Aragona Dec. Exhibit 6.

**RESPONSE:** Admitted.

39. Arlene Eiras, employed by Reuters as a Level 1 Journalist and video producer, produced the video edit entitled "'Once-in-a-lifetime' blizzard kills at least 60 people nationwide." *Def. Resp. to Second RFI No. 22, Aragona Dec. Exhibit 4;* see also *Def. Prod. Bates No. REUTERS000093*, Aragona Dec. Exhibit 6.

**RESPONSE:** Admitted.

9

40. Defendants produced documents identifying third parties who received the Videos at issue in this case or links to such Videos from Defendants which were produced as REUTERS000092, REUTERS000094, and REUTERS000278–285. *Def. Resp. to Second RFI No. 23*, *Aragona Dec. Exhibit 4*.

**RESPONSE:** Admitted.

41. On or about December 27, 2022, RNM reproduced and displayed various discernible segments of the Videos on Website 1 as part of an on-line story at URL: https://www.reuters.com/world/us/deadly-blizzard-deemed-worst-45-years-paralyzes-greater-buffalo-ny-2022-12-26/ ("*Infringements #1-5*"). *Clement Dec.*, at ¶ 56, Ex. 23; *Answer*, Dkt. No. 30., at ¶¶ 39-40.

**RESPONSE:** Denied as to Video 7 ("11-18-22 Orchard Park, NY-Entire city paralyzed from record snow"). RNMI did not reproduce, display, or otherwise use Video 7 on reuters.com. *Compare* Chase Decl. Ex. 19 at PLA000847–856 & Ex. 13 (REUTERS000019), *with* Clement Decl. Exs. 19–20.

42. RNM reproduced and displayed various discernible segments from the Videos on Website 1 at URL: https://www.reuters.com/video/watch/idOV891926122022RP1. *Clement Dec.*, at ¶ 57, Ex. 23.

**RESPONSE:** Denied as to Video 7. RNMI did not reproduce, display, or otherwise use Video 7 on reuters.com. *Compare* Chase Decl. Ex. 19 at PLA000847–856 & Ex. 13 (REUTERS000019), *with* Clement Decl. Exs. 19–20.

43. Between December 26, 2022 and December 28, 2022, Defendants reproduced and displayed various discernible segments from the Videos on Website 2 at URL: https://www.reutersconnect.com/all?id=tag%3Areuters.com

%2C2022%3Anewsml_VA889026122022RP1%3A1&search=all%3Atraffic%20chaos%20as%20historic%20snowfall%20blankets%20new%20york (*Infringements #11-21*). *Clement Dec.*, at ¶ 59, Ex. 23.

**RESPONSE:** Denied as to Video 7. RNMI did not reproduce, display, or otherwise use Video 7 in the video edit entitled "Traffic chaos as historic snowfall blankets New York" on Reuters Connect. *Compare* Chase Decl. Ex. 19 at PLA000857–861 & Ex. 13 (REUTERS000019), *with* Clement Decl. Exs. 19–20. Additionally, denied as to TRUSL. TRUSL did not reproduce, display, or otherwise use any of the Videos. Lee Decl. ¶¶ 6, 10 ("TRUSL does not operate the reutersconnect.com website or the Reuters Connect platform.… TRUSL did not license, distribute, display, or otherwise use the Videos at issue in this case.").

44. Defendants reproduced and further displayed various discernible segments from the Videos on Website 2 at URL: https://www.reutersconnect.com/detail?id=tag%3Areuters.com%2C2022%3Anewsml_OWLTACB3GZZ0D2MMKUN13UOB1NLVOF9%3A220635665 (*Infringements #11-21*). *Clement Dec.*, at ¶ 60, Ex. 23.

**RESPONSE:** Denied as to TRUSL. TRUSL did not reproduce, display, or otherwise use any of the Videos. Lee Decl. ¶¶ 6, 10 ("TRUSL does not operate the reutersconnect.com website or the Reuters Connect platform.… TRUSL did not license, distribute, display, or otherwise use the Videos at issue in this case."). Additionally, denied as to "reproduced." RNMI did not reproduce nor distribute any of the Videos in the video edit that Latin America News Agency ("LANA") independently created and uploaded to Reuters Connect. Chase Decl. Ex. 19 at PLA000862–865; Ex. 45 (Flatley Dep.) at 28:16–22, 48:14–15, 74:24–75:7.

45. Further, Defendants reproduced and displayed various discernible segments from the Videos on Website 2 at URL: https://www.reutersconnect.com/detail?id=tag%3

Areuters.com%2C2022%3Anewsml_WD897426122022RP1 (*Infringements #11-21*). *Clement Dec.*, at ¶ 61, Ex. 23.

**RESPONSE:** Denied as to Video 7. RNMI did not reproduce, display, or otherwise use Video 7 in the video edit entitled "'Once-in-a-lifetime' blizzard kills at least 60 people nationwide" on Reuters Connect. *Compare* Chase Decl. Ex. 19 at PLA000866 & Ex. 14 (REUTERS000093), *with* Clement Decl. Exs. 19–20. Additionally, denied as to TRUSL. TRUSL did not reproduce, display, or otherwise use any of the Videos. Lee Decl. ¶¶ 6, 10 ("TRUSL does not operate the reutersconnect.com website or the Reuters Connect platform.… TRUSL did not license, distribute, display, or otherwise use the Videos at issue in this case.").

46. Further, Defendants reproduced and displayed various discernible segments from the Videos on Website 2 at URL: https://www.reutersconnect.com/detail?id=tag%3Areuters.com%2C2022%3Anewsml_WD889026122022RP1 (*Infringements #11-21*). *Clement Dec.*, at ¶ 62, Ex. 23.

**RESPONSE:** Denied as to Video 7. RNMI did not reproduce, display, or otherwise use Video 7 in the video edit entitled "Traffic chaos as historic snowfall blankets New York" on Reuters Connect. *Compare* Chase Decl. Ex. 19 at PLA000867 & Ex. 13 (REUTERS000019), *with* Clement Decl. Exs. 19–20. Additionally, denied as to TRUSL. TRUSL did not reproduce, display, or otherwise use any of the Videos. Lee Decl. ¶¶ 6, 10 ("TRUSL does not operate the reutersconnect.com website or the Reuters Connect platform.… TRUSL did not license, distribute, display, or otherwise use the Videos at issue in this case.").

47. A side-by-side comparison of Plaintiff's original Videos and the video reproduced, displayed and distributed on Website 1 shows that Defendants' infringements are exact copies of various discernible segments of Plaintiff's original Videos. *Clement Dec.*, at ¶ 58.

**RESPONSE:** Denied as to Video 7.  RNMI did not reproduce, display, or otherwise use Video 7 on reuters.com.  *Compare* Chase Decl. Ex. 19 at PLA000847–856 & Ex. 13 (REUTERS000019), *with* Clement Decl. Exs. 19–20.  Additionally, denied as to TRUSL.  TRUSL did not reproduce, display, or otherwise use any of the Videos.  Lee Decl. ¶¶ 5, 10 ("TRUSL does not operate the reuters.com website.… TRUSL did not license, distribute, display, or otherwise use the Videos at issue in this case.").  Additionally, denied as to "exact copies."  RNMI's video edit has certain differences from the Videos, including differences as to shot order, length, and framing.  *Compare* Chase Decl. Ex. 13 (REUTERS000019), *with* Clement Decl. Exs. 2, 5, 8, 11, 14, 17, 20.

48.    A side-by-side comparison of Plaintiff's original Videos and the videos reproduced, displayed and distributed on Website 2 shows that Defendants' infringements are exact copies of various discernible segments of Plaintiff's original Videos. *Clement Dec.*, at ¶ 63.

**RESPONSE:** Denied as to TRUSL.  TRUSL did not reproduce, display, or otherwise use any of the Videos.  Lee Decl. ¶¶ 6, 10 ("TRUSL does not operate the reutersconnect.com website or the Reuters Connect platform.… TRUSL did not license, distribute, display, or otherwise use the Videos at issue in this case.").  Additionally, denied as to "exact copies."  The RNMI and LANA video edits have certain differences from the Videos, including differences as to shot order, length, and framing and the addition of non-infringing footage.  *Compare* Chase Decl. Ex. 13 (REUTERS000019), Ex. 14 (REUTERS000093) & Ex. 15 (REUTERS000020), *with* Clement Decl. Exs. 2, 5, 8, 11, 14, 17, 20.  *See also* Chase Decl. Ex. 14 (REUTERS000093) at 2:37–5:07.

49.    Neither Clement nor GWP authorized Defendants to reproduce or display the Videos nor did they assign any of their rights or interests in the Videos to Defendants. *Clement Dec.*, at ¶ 64.

13

**RESPONSE:** Admitted that Plaintiff did not directly license the Videos to Defendants, but denied insofar as RNMI and its affiliates had a license to use the Videos from Stringr, Inc. and LANA, who both represented and warranted that they had all necessary rights to license the Videos. Chase Decl. Ex. 1 at REUTERS000011–12, §§ 6, 8; Ex. 9 at REUTERS000001, § 2.1, REUTERS000004, §§ 11–12.

50. Defendants admit that they are not in possession of a license from Plaintiff in connection with the Videos. *See Def. Resp. to RFA*, No. 72; *Aragona Dec. Exhibit 5*.

**RESPONSE:** Admitted that Plaintiff did not directly license the Videos to Defendants, but denied insofar as RNMI and its affiliates had a license to use the Videos from Stringr, Inc. and LANA, who both represented and warranted that they had all necessary rights to license the Videos. Chase Decl. Ex. 1 at REUTERS000011–12, §§ 6, 8; Ex. 9 at REUTERS000001, § 2.1, REUTERS000004, §§ 11–12.

51. RNM admits that it distributed and licensed the referenced video produced as REUTERS000019 to certain third parties pursuant to subscription agreements through Reuters Connect as well as via automated feeds. *Def. Resp. to RFA*, Nos. 52, 53, 54; *Aragona Dec. Exhibit 5*.

**RESPONSE:** Admitted.

52. RNM admits that it distributed and licensed the referenced video produced as REUTERS000093 to certain third parties pursuant to subscription agreements through Reuters Connect as well as via automated feeds. *Def. Resp. to RFA*, Nos. 56, 57, 58; *Aragona Dec., Exhibit 5*.

**RESPONSE:** Admitted.

53. In Defendants' written submission to the Court at *Dkt. No*. 42 at page 2, Defendants represented to the Court that Defendants received notice of Plaintiff's May 2023 claim letter addressed to Defendants' indemnitee Nexstar Media Inc. in connection with the same underlying Videos.

**RESPONSE:** Admitted that Defendants received notice of Plaintiff's principal's May 19, 2023 claim letter in connection with one of the same underlying source Videos when Defendants' indemnitee Nexstar Media Inc. duly forwarded that letter to Defendants not long after. Dkt. No. 42 at 2.

54. Defendants also admit that they received Plaintiff's letter dated October 9, 2023 concerning the videos embodied in REUTERS000019 and REUTERS000020. *Def. Resp. to RFA*, No. 59; *Aragona Dec., Exhibit 5*.

**RESPONSE:** Admitted.

55. Defendants produced two advisory notices dated May 1, 2024 and May 14, 2024 as REUTERS000102 through REUTERS000103 which were communicated to certain third-party clients. *Def. Resp. to Second RFI* No. 24, *Aragona Dec. Exhibit 4*.

**RESPONSE:** Denied as to "certain third-party clients." The advisories were communicated to all RNMI video clients and users. Chase Decl. Ex. 41 (REUTERS000102) & Ex. 42 (REUTERS000103).

56. During discovery, Defendants failed to produce any documentary evidence of any advisory notices communicated to clients prior to May 1, 2024. *Aragona Dec.*, at ¶ 28.

**RESPONSE:** Denied as to "failed." The Copyright Act does not impose any obligation on Defendants to communicate advisory notices to clients. *See* 17 U.S.C. § 106. Further, Plaintiff alleges only direct infringement by Defendants, and does not claim that Defendants are secondarily

15

liable for any infringement by clients. Chase Decl. Ex. 38 (First Am. Compl.) ¶¶ 77–96. By February 7, 2024—the day after being served with the Summons and Complaint—RNMI had removed the LANA video edit and the RNMI video edit entitled "Traffic chaos as historic snowfall blankets New York" from the Reuters Connect platform and reuters.com. Lee Decl. ¶ 14; Chase Decl. Ex. 39 (Affidavits of Service). By May 14, 2024—two months before Plaintiff amended its Complaint to add a claim based on the second RNMI video edit—RNMI had removed that video edit, "'Once-in-a-lifetime' blizzard kills at least 60 people nationwide," from the Reuters Connect platform. Lee Decl. ¶ 17; Chase Decl. Ex. 38 (First Am. Compl.) ¶ 43.

57. Defendants admit they have a Code of Business Conduct and Ethics, which includes a section stating that Defendants "respect the intellectual property of third parties, including competitors, and do not use it in any way that would violate the law or our values." *Def. Resp. to RFA, No. 94*; *Aragona Dec., Exhibit 5*.

**RESPONSE:** Admitted.

Dated: January 17, 2025
       New York, New York

                                  Respectfully submitted,

                                  DAVIS WRIGHT TREMAINE LLP

                                  By: */s/ Jeremy A. Chase*
                                      Jeremy A. Chase
                                      Katherine M. Bolger
                                      Raphael Holoszyc-Pimentel

                                  1251 Avenue of the Americas, 21st Floor
                                  New York, NY  10020-1104
                                  (212) 489-8230 Phone
                                  (212) 489-8340 Fax
                                  jeremychase@dwt.com
                                  katebolger@dwt.com
                                  rhp@dwt.com

                                  *Attorneys for Defendants Reuters News & Media Inc. and Thomson Reuters U.S. LLC*