

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Jeremy A. Chase**
(212) 603-6495 tel
(212) 489-8340 fax

jeremychase@dwt.com

January 17, 2025

The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 73.

**VIA ECF**

SO ORDERED.

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Arun Subramanian, U.S.D.J.

Dated: January 21, 2025

**Re:** *Global Weather Productions, LLC v. Reuters News & Media Inc.*, **No. 24-cv-507 (AS)**

Dear Judge Subramanian:

    We represent Defendants Reuters News & Media Inc. and Thomson Reuters U.S. LLC in the above-referenced action. On January 6, 2025, the Court granted Defendants' January 3 request to file certain documents under seal and in redacted form pursuant to Your Honor's Individual Practices ¶ 11(B)–(C). Dkt. No. 67. Defendants filed the redacted and sealed documents in connection with Defendants' motion for partial summary judgment and preclusion sanctions.

    Today, Defendants will file their opposition to Plaintiff's motion for partial summary judgment. Consistent with their previous filings, Defendants will redact certain information in their 56.1 Counterstatement as requested by Plaintiff.

    In addition, on January 24, Defendants will file their reply in support of their motion for partial summary judgment and preclusion sanctions. Defendants anticipate that their reply may rely on the same information requested by Plaintiff to be redacted and/or the same sensitive proprietary information described in Defendants' January 3 request.

    Therefore, in connection with their opposition and reply papers, Defendants respectfully request leave to file the same information covered by the January 6 Order in redacted form, with an unredacted copy filed under seal. We thank the Court for its attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Jeremy A. Chase*

Jeremy A. Chase

DWT.COM