UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>       Plaintiff,<br><br>    -against-<br><br>REUTERS NEWS & MEDIA, INC. and<br>THOMSON REUTERS US LLC,<br><br>       Defendants. | 24-cv-507 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing in this case on **Monday, April 21, 2025** at **2:00 PM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007. The parties should be prepared to address the pending motions for summary judgment and the status of the parties' settlement discussions, if any. **The principal decisionmakers for both parties should attend the hearing.**

  Prior to the hearing, counsel for both parties, along with the parties' principal decisionmakers, shall meet in person for at least one hour to discuss settlement of this matter.

  SO ORDERED.

Dated: April 8, 2025
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge