

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy A. Chase**
(212) 603-6495 tel
(212) 489-8340 fax

jeremychase@dwt.com

May 1, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:**   *Global Weather Productions, LLC v. Reuters News & Media Inc.*, No. 24-cv-507 (AS)

Dear Judge Subramanian:

      We represent Defendants Reuters News & Media Inc. ("Reuters") and Thomson Reuters U.S. LLC in the above-referenced action.  At the conference on April 21, 2025, the Court directed Defendants to turn over certain recently discovered information related to Pond5.  Dkt. 87 at 10:8–11:16.  Since the conference, Defendants have continued to proactively investigate and discovered a limited amount of additional responsive information related to Pond5 and two other entities (Aflo and Screenocean).

      Like Pond5, Aflo and Screenocean each received and made a single *de minimis* licensing sale of one of the Reuters video edits at issue.  Reuters received a portion of the revenue from those minor sales.  Specifically, Aflo sold a package of several videos—only one of which is at issue—and Reuters' share was approximately ▇ for that video.  Similarly, Screenocean sold a package of four videos—again only one of which is at issue—and Reuters' share was approximately ▇ for that video.  In addition, while Defendants previously disclosed that Pond5 sold a single video for $205, Defendants have since learned that Reuters' share from that sole sale was only ▇.

      Defendants previously identified Aflo as a recipient of the videos at issue in discovery, but Defendants only recently learned of the two sales by Aflo and Screenocean.  Accordingly, Defendants have made a supplemental production to Plaintiff disclosing those two sales, in addition to the Pond5 information discussed above and at the conference.  The produced Aflo documents are in Japanese and are accompanied by certified translations.

      For the same reasons explained in Defendants' April 15 letter, and because Defendants have not moved on Plaintiff's claim for disgorgement of Defendants' profits, this supplemental production does **not** impact Defendants' pending motion for preclusion sanctions and partial summary judgment.  Dkt. 86 at 3.  Nonetheless, Defendants wish to advise the Court of their production and to update the Court that, in light of this newly discovered information, Defendants' total profits from these sales were limited to, at most, the *de minimis* amount of ▇.

      We thank the Court for its attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Jeremy A. Chase*

Jeremy A. Chase