UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
GLOBAL WEATHER PRODUCTIONS LLC,

                Plaintiff,

          - against -

REUTERS NEWS & MEDIA, INC., and
THOMSON REUTERS US LLC,

                Defendants.
------------------------------------------------------------------- x

Case No. 24-cv-507 (AS)

# SUPPLEMENTAL DECLARATION OF JEREMY A. CHASE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PRECLUSION SANCTIONS

I, Jeremy A. Chase, hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendants Reuters News & Media Inc. ("RNMI") and Thomson Reuters U.S. LLC (collectively, "Defendants").

2. I make this supplemental declaration in support of Defendants' Motion for Partial Summary Judgment and Preclusion Sanctions in the above-captioned case, for the limited purpose of attaching documents relevant to that Motion and setting forth certain facts regarding discovery in this action.

3. Annexed hereto as **Exhibit A** is a true and correct copy of Plaintiff's Supplemental Initial Disclosures Pursuant to Rule 26(a)(1) dated April 21, 2025.

4. Annexed hereto as **Exhibit B** is a true and correct copy of a list of RNMI customers or partners that received the video edits at issue in this case or links to such video edits via automated feed or otherwise, produced by Defendants as REUTERS000460–463.

5. Annexed hereto as **Exhibit C** is a true and correct copy of a list of RNMI customers that downloaded the video edit entitled "TIMELINE: extreme weather events from January-March 2023," produced by Defendants as REUTERS000464.

6. Annexed hereto as **Exhibit D** is a true and correct copy of proposed licensing terms for five of the Videos at issue in this case,[1] produced by Plaintiff as PLA000873–877.

7. I have reviewed the five lists of RNMI customers produced by Defendants as REUTERS000092, REUTERS000094, REUTERS000278–285, REUTERS000460–463, and REUTERS000464. After de-duplicating customers that appear across those lists multiple times, the total number of unique customers is approximately 669.

8. I have reviewed the license invoices that Plaintiff produced in this action.[2] Based on Plaintiff's produced invoices and Defendants' produced lists, Clement and RNMI have shared only ten (10) customers in common: (1) ABC News, (2) British Broadcasting Corporation, (3) Cable News Network, (4) CBS News, (5) Fox News Network, (6) NBC Universal, (7) New York Times, (8) Sky, (9) Stichting Nederlandse Publieke Omroep, and (10) TF1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 2, 2025

_____
Jeremy A. Chase

---

[1] A sixth video referenced in this document ("11-18-22 Orchard Park, NY-Drone before and after Bills Stadium …") is not at issue in this case.

[2] Defendants can separately provide Plaintiff's confidential invoices with appropriate redactions, should the Court wish to review them.