# EXHIBIT D



11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded i
Price: $500
November 18th 2022, 11:12 am
Stringer: Clement - Petramala



Embargo: International Use ONLY in FULL Branded Report – No Affiliate Distribution outside of Owned and Operated Stations – No RAW post to Social Platforms

PLA000873





PLA000874



11-18-2022 Hamburg, NY - Drivers Stuck - Travelers stranded in at I
Price: $500
November 18th 2022, 2:56 pm
Stringer: Clement - Petramala



Embargo: International Use ONLY in FULL Branded Report - No Affiliate Distribution outside of Owned and Operated Stations - No RAW post to Social Platforms





PLA000876



11-19-22 Orchard Park, NY-Drone of stranded semis stretching for ..
Price: $1000
November 19th 2022, 11:12 am
Stringer: WxChasing



Embargo: International Use ONLY in FULL Branded Report – No Affiliate Distribution outside of Owned and Operated Stations – No RAW post to Social Platforms

PLA000877