

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy A. Chase**
(212) 603-6495 tel
(212) 489-8340 fax

jeremychase@dwt.com

September 26, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:**   *Global Weather Productions, LLC v. Reuters News & Media Inc.*, No. 24-cv-507 (AS)

Dear Judge Subramanian:

  We represent Defendant Reuters News & Media Inc. ("RNMI") in the above-referenced action.[1]  Pursuant to the Court's Opinion and Order on the parties' cross-motions for summary judgment (Dkt. 95 at 8), we have met and conferred with Plaintiff's counsel regarding the parties' availability for trial in January or February 2026.  At present, both Plaintiff and Defendant as well as their witnesses are available for trial during the week of February 23, 2026.

  However, subject to the Court's availability and approval, RNMI respectfully requests a trial date in the summer of 2026, for two reasons.  *First*, the two in-house lawyers at RNMI with primary responsibility for this matter will be on parental leave during the January and February window offered by the Court.  Those two in-house lawyers are expected to return from leave starting in June 2026.  While one of RNMI's U.S.-based attorneys with responsibility for this matter can be made available the week of February 23, RNMI would prefer that it be able to try this case with its full, or close to full, in-house support.  Therefore, RNMI requests a trial date after June 15, 2026, when at least one of its primary in-house lawyers should be available.

  *Second*, RNMI continues to be interested in exploring the possibility of settlement of this matter with the aid of a judicial settlement conference or other mediation.  Plaintiff has advised that it is not interested in mediation "right now," but RNMI hopes Plaintiff will reconsider.  While the parties can simultaneously prepare for trial while pursuing settlement, a trial date later in 2026 would give the parties additional time to agree upon, prepare for, and participate in such a mediation or settlement conference, before they incur the costs of preparing for a trial that may well be obviated.

  Defendant's counsel has conferred with Plaintiff's counsel on its request for a trial date in the summer of 2026, and Plaintiff does not consent to Defendant's request.

---

[1] Defendant Thomson Reuters U.S. LLC was dismissed from this case on September 16, 2025.  Dkt. 95 at 3.

       We thank the Court for its attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Jeremy A. Chase*

Jeremy A. Chase

Trial will commence on Monday, February 23, 2026, at 9:00 AM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The parties should continue to explore settlement and options for mediation. The Court would be happy to have a judicial settlement conference if helpful.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 30, 2025