UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, | x<br>:<br>: | |
| Plaintiff, | : | Case No. 24-cv-507 (AS) |
| - against - | :<br>:<br>: | ORAL ARGUMENT REQUESTED |
| REUTERS NEWS & MEDIA, INC., | :<br>: | |
| Defendant. | :<br>:<br>x | |

### DEFENDANT'S NOTICE OF MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND FOR TRIAL COSTS

PLEASE TAKE NOTICE that Defendant Reuters News & Media Inc. will move this Court, before the Honorable Arun Subramanian, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, on such date and time as the Court sets, for an order requiring Plaintiff Global Weather Productions LLC to post a bond for costs of at least $200,000 pursuant to Local Civil Rule 54.2, for a judicial settlement conference pursuant to Local Civil Rule 83.9(d), and for such other and further relief as the Court deems just and proper.  In support of its motion, Defendant relies upon the accompanying Memorandum of Law, the Declaration of Jeremy A. Chase dated October 31, 2025 and the exhibits annexed thereto, and all records and pleadings in this action and the action marked as related, No. 24-cv-7828 (AS).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), answering papers, if any, are to be served within 14 days hereof.  Any oral argument will occur on a date and at a time designated by the Court.

Dated: October 31, 2025
       New York, New York

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jeremy A. Chase*
    Jeremy A. Chase
    Raphael Holoszyc-Pimentel

1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
jeremychase@dwt.com
rhp@dwt.com

*Attorneys for Defendant Reuters News & Media Inc.*