Case 1:24-cv-00507-AS   Document 106   Filed 10/31/25   Page 1 of 1



21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Jeremy A. Chase**
(212) 603-6495 tel
(212) 489-8340 fax

jeremychase@dwt.com

October 31, 2025

<u>**VIA ECF**</u>

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

    **Re:**   *Global Weather Productions, LLC v. Reuters News & Media Inc.*, No. 24-cv-507 (AS)

Dear Judge Subramanian:

    We represent Defendant Reuters News & Media Inc. ("Reuters") in the above-referenced action. In the action marked as related, No. 24-cv-7828 (AS), the Court granted Reuters' request to redact certain information, including the dollar amount of Reuters' offer of judgment, in connection with Reuters' motion for a bond in that action. No. 24-cv-7828 (AS), Dkt. 42.

    Today, in this action, Reuters will file a motion for an order requiring Plaintiff to post a bond for Reuters' trial costs. In support of its motion, Reuters will rely on, among other things, two offers of judgment that it made in this action. Reuters respectfully requests leave to redact information that would reveal the dollar amounts of those offers, with an unredacted copy filed under seal, consistent with the Court's prior ruling and for the reasons set forth therein.

    We thank the Court for its attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Jeremy A. Chase*

Jeremy A. Chase

**GRANTED.**

**The Clerk of Court is directed to terminate the motion at Dkt. 99.**

**SO ORDERED.**

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 31, 2025

DWT.COM