

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy A. Chase**
(212) 603-6495 tel
(212) 489-8340 fax

jeremychase@dwt.com

November 21, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:** *Global Weather Productions, LLC v. Reuters News & Media Inc.*, No. 24-cv-507 (AS)

Dear Judge Subramanian:

    We represent Defendant Reuters News & Media Inc. ("Reuters") in the above-referenced action.  On October 31, 2025, the Court granted Reuters' request to redact the dollar amount of Reuters' offers of judgment, which were attached as exhibits in support of Reuters' Motion for a bond.  Dkt. 106.  Reuters' Motion also referenced settlement communications between the parties, but did not attach those emails to its Motion because Plaintiff had labeled them "confidential."  Dkt. 103 at 7 n.9.

    In its Opposition to the Motion, Plaintiff mischaracterized the parties' settlement communications and put those communications directly at issue.  As explained in its Reply filed today, Reuters is attaching a sampling of those communications as exhibits to correct the record.

    In light of Plaintiff's confidential label on settlement communications, Reuters respectfully requests leave to file these emails under seal.  In addition, Reuters respectfully requests leave to seal a list of Reuters' affiliates contained in a confidential settlement agreement, consistent with the Court's prior Order sealing Reuters' confidential customer lists and contractual terms.  Dkt. 67.

    We thank the Court for its attention to this matter.

GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 108.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: November 25, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*/s/ Jeremy A. Chase*

Jeremy A. Chase

DWT.COM