UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC, | |
| Plaintiff, | |
| -against- | 24-CV-507 (AS) |
| REUTERS NEWS & MEDIA INC., | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Reuters has filed a motion for bond and renewed its request for a judicial settlement conference pursuant to Local Civil Rule 83.9(d). Dkt. 100. Global Weather opposes the motion for bond but does not respond directly to Reuters' request for a judicial settlement conference. Dkt. 107. By **Tuesday, December 16, 2025**, Global Weather should notify the Court whether it opposes that request, and why. If not, the Court will order a judicial settlement conference in front of a magistrate judge.

SO ORDERED.

Dated: December 10, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge