UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS NEWS & MEDIA, INC. and<br>THOMSON REUTERS US LLC,<br><br>Defendants. | Case No. 1:24-cv-00507-AS<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff Global Weather Productions LLC and Defendants Reuters News & Media Inc. and Thomson Reuters U.S. LLC,[1] through their respective counsel, hereby agree and stipulate that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 6 , 2026

By: _____
Renee Aragona, Esq.
Craig B. Sanders, Esq.
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
(516) 203-7600
raragona@sanderslaw.group
csanders@sanderslaw.group
*Counsel for Plaintiff Global Weather*
*Productions LLC*

By: _____
Jeremy Chase, Esq.
Everett Jack Jr., Esq.
Raphael Holoszyc-Pimentel, Esq.
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
(212) 489-8230
jeremychase@dwt.com
everettjack@dwt.com
rhp@dwt.com
*Counsel for Defendants Reuters News &*
*Media Inc. and Thomson Reuters U.S. LLC*

---

[1] Defendant Thomson Reuters U.S. LLC was dismissed from this action on September 16, 2025. Dkt. 95 at 3.